UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WOODWARD,<br><br>    Petitioner,<br><br> v.<br><br>SCOTT SPEER,<br><br>    Respondent. | CASE NO. 3:24-cv-06052-RAJ-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is duplicative of another federal habeas action currently pending in this Court. *See Woodward v. Bennett*, No. 3:24-cv-05442-BJR (W.D. Wash. filed Jun. 5, 2024). It is therefore DISMISSED without prejudice.

(3) Petitioner's Motion to Proceed *In Forma Pauperis* (Dkt. 1) and his other Proposed Motions and Requests (Dkts. 1-3, 1-4, 1-5, 1-6, 1-7) are DENIED as moot.

(4) A certificate of appealability is denied in this case.

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 27th day of January, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge